IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DELLA M. DRAISE, | ) |
| | ) CIVIL ACTION NO. 2:12-cv-542 |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) MAGISTRATE JUDGE ABEL |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER

In accordance with the Stipulation to Remand filed by the parties on February 19, 2013, the court hereby remands this case to the agency for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon receipt of the Court's remand order, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") with instructions to: update the treatment evidence regarding Plaintiff's medical condition, including the functional capacity evaluation performed in October 2010; if warranted, obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's impairments; further evaluate the opinions of the treating medical sources, including those from Dr. Dewar, Dr. Esselstein, and Ms. Sixx, and explain the weight to which each such opinion is entitled; further consider Plaintiff's residual functional capacity on the update record, citing specific evidence in support of the assessed limitations; further consider whether Plaintiff has past relevant work she could perform with the limitations established by the evidence; as appropriate, secure additional evidence from a vocational expert to clarify the effect of the assessed limitations on the Plaintiff's occupational base; and evaluate the effect, if any, of Plaintiff's subsequent application for benefits filed on

January 10, 2010, resulting in a fully favorable Administrative Law Judge decision that Plaintiff was disabled beginning September 30, 2010.

      Judgment in favor of Plaintiff shall issue.

                              s/Mark R. Abel  
                              United States Magistrate Judge

cc:    All parties of record