## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DELLA M. DRAISE,**

       **Plaintiff,**

                                   **Case No. 2:12-cv-542**

     **v.**                                **JUDGE GREGORY L. FROST**

                                            **Magistrate Judge Mark R. Abel**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

       **Defendant.**

## ORDER

This matter is before the Court for consideration of attorney Adrienne Pietropaolo's unopposed December 3, 2014 motion for an award of attorney fees under 42 U.S.C. § 406(b). (ECF No. 24.)  Counsel seeks an award of $10,000.00 in attorney fees.

Under 42 U.S.C. § 406(b), the Court can award reasonable attorney fees for work performed before it, not to exceed 25 percent of the past-due benefits owed to the claimant.  *See* 42 U.S.C. § 406(b)(1)(A) ("Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled by reason of such judgment . . . .").  The Supreme Court has stated that the method for determining the appropriateness of an attorney fee begins by focusing on the contingent fee agreement between counsel and her client.  *Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).  Counsel has the burden of showing that the fee request is reasonable, and the court serves "as an independent

1

check" to assure that the agreement yields a reasonable result in a particular case. *Id.* at 807.

Here, the fee agreement is reasonable. The fee sought is approximately 15.9% of the past-due benefits, less than the 25% agreed to by Plaintiff. Additionally, Plaintiff's counsel has not sought and will not seek an award of attorney fees under 42 U.S.C. § 406(a) for services performed at the administrative level. The fee award will be offset by $2,550 previously awarded by the Court under the EAJA (which counsel incorrectly states as $2,500 in the motion). (ECF No. 23.) As a result, the Court finds that the requested 42 U.S.C. § 406(b) fee of $10,000.00 is reasonable.

The Court **GRANTS** attorney Adrienne Pietropaolo's December 3, 2014 motion for an award of attorney fees under 42 U.S.C. § 406(b) and awards $10,000.00 in attorney fees. (ECF No. 24.)

**IT IS SO ORDERED.**

        /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE